**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marguerite Cook | Social Security number or ITIN   xxx–xx–2115 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Roger A Cook | Social Security number or ITIN   xxx–xx–1388 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–30540–MBK | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marguerite Cook                    Roger A Cook

1/5/22                                  **By the court:** Michael B. Kaplan
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Marguerite Cook  
Roger A Cook  
    Debtors

Case No. 16-30540-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marguerite Cook, Roger A Cook, 1014 Terrace Blvd, Trenton, NJ 08618-1904 |
| cr | + | Midland States Bank, 14125 Clayton Road, Chesterfield, MO 63017-8355 |
| 516690316 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516467747 | + | FMA Alliance, LTD, 12339 Cutten Road, Houston, TX 77066-1807 |
| 516478506 | | Security Credit Services, LLC, c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 516467761 | + | Td Rcs/the Pet Company, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516467735 | | EDI: BANKAMER.COM | Jan 06 2022 01:23:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 516467734 | + | EDI: TSYS2 | Jan 06 2022 01:23:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 516467737 | + | EDI: CAPITALONE.COM | Jan 06 2022 01:23:00 | Cap One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516467736 | + | EDI: CAPITALONE.COM | Jan 06 2022 01:23:00 | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 516680661 | + | EDI: BASSASSOC.COM | Jan 06 2022 01:23:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516571570 | + | Email/Text: bankruptcy@cavps.com | Jan 05 2022 20:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516467739 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 05 2022 20:30:00 | Citibank, N.A, c/o Rubin & Rothman, LLC, 1787 Veterans Highway, STE 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 516467740 | + | EDI: CITICORP.COM | Jan 06 2022 01:23:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 516467741 | + | EDI: WFNNB.COM | Jan 06 2022 01:23:00 | Comenity Bank/cathrins, 4590 E Broad St, Columbus, OH 43213-1301 |
| 516467742 | + | EDI: WFNNB.COM | Jan 06 2022 01:23:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 516467743 | + | EDI: WFNNB.COM | Jan 06 2022 01:23:00 | Comenity Bank/womnwthn, 4590 E Broad St, Columbus, OH 43213-1301 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 516690524 | + EDI: WFNNB.COM | Jan 06 2022 01:23:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516467744 | + EDI: WFNNB.COM | Jan 06 2022 01:23:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 516467745 | + Email/Text: bankruptcy@cunj.org | Jan 05 2022 20:31:00 | Credit Union Of N J, Po Box 7921, Ewing, NJ 08628-0921 |
| 516467748 | + EDI: CITICORP.COM | Jan 06 2022 01:23:00 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 516649996 | EDI: Q3G.COM | Jan 06 2022 01:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516481432 | EDI: DISCOVER.COM | Jan 06 2022 01:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516467746 | + EDI: DISCOVER.COM | Jan 06 2022 01:23:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516467738 | EDI: JPMORGANCHASE | Jan 06 2022 01:23:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516629828 | + EDI: MID8.COM | Jan 06 2022 01:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516651284 | + EDI: AISMIDFIRST | Jan 06 2022 01:23:00 | MidFirst Bank, 999 NW Grand Blvd., Oklahoma City, OK 73118-6051 |
| 516467750 | + EDI: AISMIDFIRST | Jan 06 2022 01:23:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 516467749 | Email/Text: signed.order@pfwattorneys.com | Jan 05 2022 20:30:00 | Midland Funding, c/o Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054 |
| 516467751 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 516537983 | EDI: Q3G.COM | Jan 06 2022 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518135688 | + Email/Text: bncmail@w-legal.com | Jan 05 2022 20:31:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518135689 | + Email/Text: bncmail@w-legal.com | Jan 05 2022 20:31:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 516467752 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 516467753 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Syncb/empire Home Srvc, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516467754 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 516467755 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Syncb/jcp, Po Box 965009, Orlando, FL 32896-5009 |
| 516467756 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 516467757 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Syncb/qvc, Po Box 965018, Orlando, FL 32896-5018 |
| 516467758 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 516467759 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Syncb/tjx Cos, Po Box 965005, Orlando, FL |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 3180W | Total Noticed: 45 |

| 516467760 | + EDI: RMSC.COM | Jan 06 2022 01:23:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 516467762 | EDI: WFFC.COM | Jan 06 2022 01:23:00 | Wffnatlbnk, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Roger A Cook mail@njpalaw.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Marguerite Cook mail@njpalaw.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Midland States Bank ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor MIDFIRST BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com |

TOTAL: 7